IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-299-WKW |
| | ) |
| J.A. LOGISTICS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On April 8, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 31.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 31) is ADOPTED. It is further ORDERED as follows:

1. This action is DISMISSED with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the court's inherent authority to enforce its orders, for Plaintiff's failure to comply with orders of the court;

2. Plaintiff's motion for appointment of counsel (Doc. # 26) is DENIED as moot; and

3. Plaintiff's motion for rescheduling (Doc. # 30) is DENIED as moot.

A separate final judgment will be entered.

DONE this 29th day of April, 2016.

                                                      /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE